```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-

TOIRE NICULESCU,

                             Defendant.
------------------------------------------------------------X

07 cr 517 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, August 24, 2007 at 4:00pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **August 24, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                    _____
                                                    JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           August 2, 2007