```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                07 Cr. 517 (JGK)

TOIE NICULESCU,                   ORDER

           Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **October 19, 2007** at **10:00 a.m.**

Because an adjournment is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, at the hearing on September 7, 2007, the Court prospectively excluded the time from **September 7, 2007,** until **October 19, 2007** from Speedy Trial Act calculations and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       September 10, 2007

                                      John G. Koeltl
                            United States District Judge