```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                 07 Cr. 517 (JGK)

TOIE NICULESCU,                     ORDER

             Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **December 5, 2007 at 2:30 p.m.**

Because an adjournment is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, at the hearing on November 30, 2007, the Court prospectively excluded the time from **November 30, 2007,** until **December 5, 2007** from Speedy Trial Act calculations and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       December 3, 2007

                                     John G. Koeltl
                                     United States District Judge