UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

07 cr 517 (JGK)

-against-

**SPEEDY TRIAL ORDER**

TOIRE NICULESCU,

Defendant.
-------------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, December 10, 2007 at**

**2:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **December 10, 2007** in

calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of

counsel and because the ends of justice served by such a continuance outweigh the best interest of

the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

_____
 **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 6, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2007_